UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Terry L. Baca,    )
       Plaintiff,    )
    )
v.    )    **JUDGMENT**
    )
Carolyn W. Colvin,    )    No. 5:12-CV-644-D
Acting Commissioner of Social Security,    )
       Defendant.    )
    )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's consent motion to remand is granted. The Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for further proceedings with respect to Plaintiff's claim of disability.

**This judgment filed and entered on April 4, 2013, and served on:**

Lawrence Wittenberg (Via CM/ECF Notice of Electronic Filing)
Michael A. Haar (Via CM/ECF Notice of Electronic Filing)

April 4, 2013                         /s/ Julie A. Richards,
                                               Clerk of Court