IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:12-CV-00644-D
Western Division

TERRA L. BACA, )
        Plaintiff, )
   v. )
 )
 ) ORDER
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
        Defendant. )
 )
 )

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,675.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $3,675.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 31 day of May, 2013.

United States District Judge